# United States District Court
## Violation Notice

CVB Location Code: **A71**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| F5339804 | E. KEEFER | 2369 |

F5339804

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 10/21/19 1830 | 36 CFR 261.9(h) |

**Place of Offense:** SADDLE MOUNTAIN WILDERNESS KAIBAB NATIONAL FOREST AZ

**Offense Description:** REMOVE PREHISTORIC ARTIFACTS FROM USFS SYTEM LANDS

### DEFENDANT INFORMATION
Phone: ( )

| Last Name | First Name | M.I. |
|---|---|---|
| BRANNFORS | L | J |

Street Address: 

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| NORTH RIM | AZ | 86052 | /  /1976 |

| Drivers License N | D.L. State | Social Security No: |
|---|---|---|
|  | AZ |  |

Adult ☒ / Juvenile ☐ — Sex ☒M ☐F — Race: C — Hair: BRN — Eyes: BRN — Height: 5-10 — Weight: 165

### VEHICLE DESCRIPTION
VIN:

| Tag No. | State | Year | Make | Type | Color |
|---|---|---|---|---|---|
| 7Z138 | AZ | 13 | TOY | SUV |  |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| US DISTRICT COURT 123 N. SAN FRANCISCO ST FLAGSTAFF, AZ | TBD |
|  | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: **MAILED**

Original - CVB Copy

Previous edition is obsolete

FS-5300-4 (3/2017)

20-04029MJ-001-PCT-CDB

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10/21, 20 19 while exercising my duties as a law enforcement officer in the JUDICIAL District of ARIZONA

PLEASE SEE ATTACHED PROBABLE CAUSE STATEMENT.

The foregoing statement is based upon:
- ☐ my personal observation
- ☒ my personal investigation
- ☒ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/12/19
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 1/6/2020
Date (mm/dd/yyyy)     U.S. Magistrate Judge

## STATEMENT OF PROBABLE CAUSE

I, Eric Keefer, a sworn law enforcement officer for the United States Forest Service, state that on or about __October 8, 2019 to November 15, 2019__, the following occurred within the District of Arizona:

I received a law enforcement report detailing a National Park Service investigation at Grand Canyon National Park related to the theft of cultural artifacts illegally removed from US Forest Service system lands and US Bureau of Land Management (BLM) administered lands. The suspect of the investigation was identified as Li Brannfors, an employee and resident of Grand Canyon National Park.

Investigation revealed that on approximately October 8, 2019, United States Park Ranger (USPR) Andrew Tandberg received an email regarding a report of the illegal possession of a prehistoric pottery sherd taken from federally owned lands. Witness Leonard Rios observed the pottery sherd on Brannfors' dinner table while at a dinner party and reported it to Grand Canyon law enforcement. Rios provided the following statement: "At Li's apartment having a farewell dinner for a visiting ecologist. I observed a half-dollar sized, flat, dark, patterned object on Li's dinner table. I inquired about it and Li stated that it was a pottery shard, probably Hopi, that he found while hiking off trail in the Park. He said it was the only artifact he's taken but stated that he remembers exactly where he got it so if anyone were to call him out on it he could replace it. There was no indication that he would put it back unless confronted about it."

On approximately October 21, 2019, USPR Tandberg and USPR Kevin Kennedy contacted Brannfors at his residence within Grand Canyon National Park. Brannfors voluntarily invited USPR Tandberg and Kennedy into his residence to discuss the allegation. Brannfors stated "yeah, I have a few of them (sherds) on the table" Brannfors stated the artifacts were from Northern Arizona and Southern Utah. USPR identified five illegally taken artifacts and later seized them as evidence. The items were:
1. "Shinarump Corrugated Ware" pottery sherd (900-1350 AD)
2. Six cm primary chert flake (undiagnostic)
3. "Tsegi Orange Ware: Tusayan Black-on-Red" pottery sherd (1065-1200AD)
4. "Tusayan Gray Ware: Tsegi Series" pottery sherd (550-1275 AD)
5. Dark red chert biface (undiagnostic)

Artifacts 1, 3, and 4 were identified by Grand Canyon Archaeologist Heather Ralston as being from prehistoric Native American cultures in the Southwest United States and greater than 100 years old. Items 2 and 5 were determined to be undiagnostic.

1

On October 22, 2019, Brannfors approached USPR Kennedy and Tandberg at Station Three on the North Rim of Grand Canyon National Park. Brannfors was advised that he was not compelled to discuss the matter, was not under arrest, and he could leave at any time. Brannfors elected to speak with USPR Kennedy and Tandberg. Brannfors identified on several maps where the artifacts were taken from. All of the artifacts were removed from US Forest Service and BLM lands in violation of federal regulations. The following item was taken from US Forest Service system lands on the Tonto National Forest, the Kaibab National Forest or the adjacent Prescott National Forest in violation of 36 CFR 261.9(h) - removing any prehistoric, historic, archaeological resource, structure, site, artifact or property.

1. **Artifact number 1 - "Shinarump Corrugated Ware" pottery sherd (900-1350 AD).** Identified by Brannfors as being taken from the Saddle Mountain Wilderness, Kaibab National Forest, Arizona in 2014.
2. **Artifact number 3 - "Tsegi Orange Ware: Tusayan Black-on-Red" pottery sherd (1065-1200 AD).** Identified by Brannfors as being taken from the Sycamore Canyon Wilderness Kaibab National Forest or Prescott National Forest, Arizona in 2015 or 2016.
3. **Artifact number 4 - "Tusayan Gray Ware: Tsegi Series" pottery sherd (550-1275 AD).** Identified by Brannfors as being taken from the Sierra Ancha Wilderness, Tonto National Forest, Arizona in 2016.

Between November 18, 2019 and November 21, 2019, I contacted North Kaibab Archaeologist Connie Reid-Zweifel and Kaibab South Zone Archaeologist Neil Weintraub. There were no permits issued to Li Brannfors authorizing the collection of prehistoric or historic artifacts from US Forest Service administered lands.

The foregoing statement is based upon (check all that apply):

\_\_\_\_\_ My personal observations

X \_\_\_\_\_ My personal investigation

X \_\_\_\_\_ Information supplied to me from my fellow officer's observations.

X \_\_\_\_\_ Investigation conducted by a fellow officer.

\_\_\_\_\_ Other (explain above)

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to best of my knowledge.**

2

Executed on: __12/12/2019__                               [Signature]   2369
               Date (mm/dd/yyyy)                              Officer's Signature/Badge Number

Probable cause has been stated for the issuance of a warrant.

Executed on: __1/6/2020__                                 [Signature]
               Date (mm/dd/yyyy)                              U.S. Magistrate Judge

# United States District Court
## Violation Notice

| | | | |
|---|---|---|---|
| CVB Location Code | A71 | | |
| Violation Number | Officer Name (Print) | Officer No. | |
| F5339805 | E. KEEFER | 2369 | F5339805 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 10/21/2019 1830 | 36 CFR 261.9(h) |

Place of Offense: SIERRA ANCHA WILDERNESS TONTO NATIONAL FOREST

Offense Description: REMOVE PREHISTORIC ARTIFACT FROM U.S. F.S. SYSTEM LANDS

### DEFENDANT INFORMATION
Phone: ( )

| Last Name | First Name | M.I. |
|---|---|---|
| BRADNFORS | LI | J |

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| NORTH RIM | AZ | 86052 | 1976 |

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| | AZ | |

| Adult ☒ Juvenile ☐ | Sex: M ☒ F ☐ | Race C | Hair BRN | Eyes BRN | Height 5-10 | Weight 165 |

### VEHICLE DESCRIPTION VIN:

| Tag No. | State | Year | Make | Type | Color |
|---|---|---|---|---|---|
| 7Z138 | AZ | 13 | TOY | SUV | |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 123 N. SAN FRANCISCO ST FLAGSTAFF, AZ | TBD |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _MAILED_

Original - CVB Copy

Previous edition is obsolete                FS-5300-4 (3/2017)

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10/21/, 20 19 while exercising my duties as a law enforcement officer in the JUDICIAL District of ARIZONA

PLEASE SEE ATTACHED PROBABLE CAUSE STATEMENT.

The foregoing statement is based upon:
- [ ] my personal observation
- [x] my personal investigation
- [x] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ 12/18/19
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 1/6/2020
Date (mm/dd/yyyy)   U.S. Magistrate Judge

## STATEMENT OF PROBABLE CAUSE

I, Eric Keefer, a sworn law enforcement officer for the United States Forest Service, state that on or about October 8, 2019 to November 15, 2019, the following occurred within the District of Arizona:

I received a law enforcement report detailing a National Park Service investigation at Grand Canyon National Park related to the theft of cultural artifacts illegally removed from US Forest Service system lands and US Bureau of Land Management (BLM) administered lands. The suspect of the investigation was identified as Li Brannfors, an employee and resident of Grand Canyon National Park.

Investigation revealed that on approximately October 8, 2019, United States Park Ranger (USPR) Andrew Tandberg received an email regarding a report of the illegal possession of a prehistoric pottery sherd taken from federally owned lands. Witness Leonard Rios observed the pottery sherd on Brannfors' dinner table while at a dinner party and reported it to Grand Canyon law enforcement. Rios provided the following statement: "At Li's apartment having a farewell dinner for a visiting ecologist. I observed a half-dollar sized, flat, dark, patterned object on Li's dinner table. I inquired about it and Li stated that it was a pottery shard, probably Hopi, that he found while hiking off trail in the Park. He said it was the only artifact he's taken but stated that he remembers exactly where he got it so if anyone were to call him out on it he could replace it. There was no indication that he would put it back unless confronted about it."

On approximately October 21, 2019, USPR Tandberg and USPR Kevin Kennedy contacted Brannfors at his residence within Grand Canyon National Park. Brannfors voluntarily invited USPR Tandberg and Kennedy into his residence to discuss the allegation. Brannfors stated "yeah, I have a few of them (sherds) on the table" Brannfors stated the artifacts were from Northern Arizona and Southern Utah. USPR identified five illegally taken artifacts and later seized them as evidence. The items were:
1. "Shinarump Corrugated Ware" pottery sherd (900-1350 AD)
2. Six cm primary chert flake (undiagnostic)
3. "Tsegi Orange Ware: Tusayan Black-on-Red" pottery sherd (1065-1200AD)
4. "Tusayan Gray Ware: Tsegi Series" pottery sherd (550-1275 AD)
5. Dark red chert biface (undiagnostic)

Artifacts 1, 3, and 4 were identified by Grand Canyon Archaeologist Heather Ralston as being from prehistoric Native American cultures in the Southwest United States and greater than 100 years old. Items 2 and 5 were determined to be undiagnostic.

1

On October 22, 2019, Brannfors approached USPR Kennedy and Tandberg at Station Three on the North Rim of Grand Canyon National Park. Brannfors was advised that he was not compelled to discuss the matter, was not under arrest, and he could leave at any time. Brannfors elected to speak with USPR Kennedy and Tandberg. Brannfors identified on several maps where the artifacts were taken from. All of the artifacts were removed from US Forest Service and BLM lands in violation of federal regulations. The following item was taken from US Forest Service system lands on the Tonto National Forest, the Kaibab National Forest or the adjacent Prescott National Forest in violation of 36 CFR 261.9(h) - removing any prehistoric, historic, archaeological resource, structure, site, artifact or property.

1. **Artifact number 1 - "Shinarump Corrugated Ware" pottery sherd (900-1350 AD).** Identified by Brannfors as being taken from the Saddle Mountain Wilderness, Kaibab National Forest, Arizona in 2014.
2. **Artifact number 3 - "Tsegi Orange Ware: Tusayan Black-on-Red" pottery sherd (1065-1200 AD).** Identified by Brannfors as being taken from the Sycamore Canyon Wilderness Kaibab National Forest or Prescott National Forest, Arizona in 2015 or 2016.
3. **Artifact number 4 - "Tusayan Gray Ware: Tsegi Series" pottery sherd (550-1275 AD).** Identified by Brannfors as being taken from the Sierra Ancha Wilderness, Tonto National Forest, Arizona in 2016.

Between November 18, 2019 and November 21, 2019, I contacted North Kaibab Archaeologist Connie Reid-Zweifel and Kaibab South Zone Archaeologist Neil Weintraub. There were no permits issued to Li Brannfors authorizing the collection of prehistoric or historic artifacts from US Forest Service administered lands.

The foregoing statement is based upon (check all that apply):

_____ My personal observations

__X__ My personal investigation

__X__ Information supplied to me from my fellow officer's observations.

__X__ Investigation conducted by a fellow officer.

_____ Other (explain above)

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to best of my knowledge.**

Executed on: 12/12/2019
Date (mm/dd/yyyy)

ERL4   2369
Officer's Signature/Badge Number

Probable cause has been stated for the issuance of a warrant.

Executed on: 1/6/20 20
Date (mm/dd/yyyy)

U.S. Magistrate Judge

3